

Robert J. Nahoum
*Admitted to Practice NY, NJ & CT*

www.rjn@nahoumlaw.com
www.nahoumlaw.com

*The Hudson Valley*
*(Main Office):*
*48 Burd Street, Suite 300*
Nyack, NY 10960-3109
Ph:  (845) 450-2906
Fax: (888) 450-8640

48 Willoughby Street, 2nd Floor
Brooklyn, NY 11201
Ph:  (718) 514-6026
Fax: (888) 450-8640

*New Jersey:*
*(For Meeting Purposes Only)*
*115 Maple Avenue, Suite 201*
*Red Bank, NJ  07701*
Ph:  (845) 450-2906
Fax: (888) 450-8640

**MEMO ENDORSED**

November 9, 2020

***VIA ECF***

Hon. Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

>     Re:     **1:20-cv-06436-KPF Mobley v. Fordham Auto Sales, Inc.  et al**

Dear Hon. Katherine Polk Failla:

This office, along with the Schlanger Law Group, represent plaintiff Tyeesha Mobley in this matter.  I write to respectfully request that the Initial Case Conference currently scheduled for November 20, 2020 at 3:00 p.m. be adjourned.

No previous requests for an adjournment or extension of this conference have been made and all appearing parties consent to this request.  As of the date of this request, though properly served, defendants Toyota Lease Trust and Toyota Motor Credit Corporation have not appeared in this action though their time to do so has expired.  It is believed that the Toyota parties' default is not deliberate and will be quickly remedied.  For this reason, it is respectfully requested that the conference be adjourned to a date convenient to the Court.

Thank you in advance for your consideration.  Should have any questions, please do not hesitate to contact me.

Respectfully submitted,

ROBERT J. NAHOUM

RJN/jan
cc:     Melanie Wiener, Esq.

Application GRANTED.  The initial pretrial conference scheduled for November 20, 2020, is hereby ADJOURNED to January 12, 2021, at 2:00 p.m.  At the appointed time, the parties shall call (888) 363-4749 and enter access code 5123533.  Please note, the conference will not be available prior to 2:00 p.m.  The parties' joint pre-conference letter and proposed case management plan (see Dkt. #11), shall be due on or by January 7, 2021.

Dated:     November 9, 2020            SO ORDERED.
           New York, New York

                                       HON. KATHERINE POLK FAILLA
                                       UNITED STATES DISTRICT JUDGE