# ABRAMS AF FENSTERMAN

Abrams, Fensterman, Fensterman, Eisman, Formato, Ferrara, Wolf & Carone, LLP

Attorneys at Law
www.abramslaw.com

1 MetroTech Center
Suite 1701
Brooklyn, New York 11201
Phone: (718) 215-5300
Fax: (718) 215-5304
FAX NOT FOR LEGAL SERVICE

FIRM OFFICES

Lake Success
New York
Rochester

**MEMO ENDORSED**

April 12, 2021

*Via ECF*
Hon. Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *1:20-cv-06436-KPF Mobley v. Fordham Auto Sales, Inc. et al*

Dear Hon. Katherine Polk Failla:

This office represents defendants Fordham Auto Sales, Inc., Toyota Lease Trust and Toyota Motor Credit Corporation in this matter. I write to respectfully request that certain discovery date deadlines be adjourned. Specifically, I am requesting that the April 13, 2021 deadline for responses to the Initial requests for production of documents, Interrogatories and responses to Requests to admit be adjourned to May 13, 2021 and the May 13, 2021 deadline for depositions of fact witnesses be adjourned to June 13, 2021. Lastly, I am requesting that the May 12, 2021 deadline for all fact discovery to be completed be adjourned to July 13, 2021.

No previous requests for an adjournment or extension of these deadlines have been made and all appearing parties consent to this request.

The reason for the request for said adjournment of deadlines is due to the parties engaging in settlement discussions and negotiations.

Thank you in advance for your consideration. Should have any questions, please do not hesitate to contact me.

Respectfully submitted,

Melanie I. Wiener

cc: Robert Nahoum, Esq.

Application GRANTED, with the understanding that no further extensions will be granted.  The status conference scheduled for May 13, 2021, is ADJOURNED to July 20, 2021, at 10:00 a.m.  The parties' pre-conference submission (*see* Dkt. #21), shall be due on or by July 13, 2021.  The parties shall inform the Court on or by July 6, 2021, whether they request an in-person or remote conference.

Dated:     April 12, 2021           SO ORDERED.
           New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE